[No. 16518–6–I.  Division One.  November 25, 1987.]

*In the Matter of the Personal Restraint of*
KIMM GILBERT, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 18045–2–I.  Division One.  November 30, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK RICHARD JOHNSON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–02618–3, Liem E. Tuai, J., entered February 4, 1986. *Affirmed in part* and *remanded* by unpublished opinion per Swanson, J., concurred in by Williams, J., Pekelis, J., dissenting.

[No. 17620–0–I.  Division One.  November 30, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL J. COSTELLO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–8–02808–4, Faith Enyeart, J., entered December 10, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 17927–6–I.  Division One.  November 30, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN ALLEN KEENEY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 32486RO20, Dennis J. Britt, J., entered January 23, 1986. *Dismissed* by unpublished per curiam opinion.